UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WADEEAH RAMADAN-NWOKEDI,<br><br>Plaintiff,<br><br>v.<br><br>WASHOE COUNTY JAIL, et al.,<br><br>Defendants. | Case No.: 3:22-cv-00490-MMD-CSD<br><br>**ORDER** |

On November 1, 2022, Plaintiff Wadeeah Ramadan-Nwokedi, an inmate at the Washoe County Detention Facility ("WCDF"), submitted a civil-rights complaint under 42 U.S.C. § 1983 and filed an incomplete application to proceed *in forma pauperis* ("IFP"). (ECF Nos. 1-1, 1). The Court denied Plaintiff's IFP application because it was incomplete, and gave Plaintiff until January 23, 2023, to either pay the full $402 fee for filing a civil action or file a new fully complete IFP application. (ECF No. 3). The Court mailed its order to Plaintiff at WCDF—the address Plaintiff provided—but the mail was returned as undeliverable. (ECF No. 4). Plaintiff later filed notice confirming that Plaintiff's address is at WCDF. (ECF No. 5). It appears that Plaintiff did not receive a copy of the Court's November 22, 2022, order, so the Court considers alternatives to dismissal and grants Plaintiff an extension of time to either pay the required filing fee or properly apply to proceed IFP.

It is therefore ordered that Plaintiff has **until April 14, 2023**, to either pay the full $402 filing fee or file a new fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application to proceed *in forma pauperis* with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff

to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

It is further ordered that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same.

DATED THIS 15th day of March 2023.

_____
UNITED STATES MAGISTRATE JUDGE